# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**JOSEPH TRIM (#131082)**                                **CIVIL ACTION**

**VERSUS**

**TIM DELANEY, ET AL.**                                  **17-520-JWD-RLB**

## RULING

This matter comes before the Court in connection with the Court's Orders dated September 15, 2017 (R. Doc. 3) and December 6, 2017 (R. Doc. 5). On September 15, 2017, the Court issued an Order granting the plaintiff authorization to proceed *in forma pauperis* in this case, directing him to pay, within twenty-one (21) days, an initial partial filing fee in the amount of $0.67, and advising that "this action shall be dismissed" should the plaintiff fail to comply with the Court's Order. *See* R. Doc. 3. The plaintiff failed to pay the initial partial filing fee as ordered, and on December 6, 2017 was ordered to show cause within twenty-one (21) days, why his Complaint should not be dismissed for failure to pay the initial partial filing fee. The plaintiff was further ordered to attach to his response copies of his inmate account transaction statements showing the daily account activity in his inmate drawing, savings and reserve accounts for the months of September, October, and November, 2017, and advised that failure to submit the requested information or a determination by the Court that the plaintiff had sufficient funds to make the required payment but failed to do so would result in dismissal of the plaintiff's action without further notice. *See* R. Doc. 5.

A review of the record reveals that the plaintiff has failed to pay the initial partial filing fee or show cause, as ordered, why his Complaint should not be dismissed for failure to pay the initial partial filing fee. Accordingly,

**IT IS ORDERED** that the above-captioned proceeding be **DISMISSED, WITHOUT PREJUDICE**, for failure of the plaintiff to pay the Court's initial partial filing fee. Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on February 14, 2018.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**